"Document Electronically Filed"
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, P.C.
570 BROAD STREET – SUITE 1402
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, P.C., <br><br> Petitioners, <br><br> v. <br><br> ATLANTIC CONCRETE CUTTING, INC. <br><br> Respondent. | HON. <br> CIVIL ACTION NO.: 25-1585 <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that the petitioners will move before this court at the United States District Court, Mitchell H. Cohen Bldg. & Courthouse, Fourth & Coopers Street, Room 1050, Camden, New Jersey 08101 on April 7, 2025, at 10:00 o'clock in the forenoon or as soon thereafter as counsel may be heard, for an Order confirming the Arbitration Award dated **January 30, 2025**.

Dated: March 3, 2025                      By: *s/Zachary Ramsfelder*
                                                  Zachary Ramsfelder
                                                  Attorney ID # 433672023
                                                  Zazzali, P.C.
                                                  570 Broad Street – Suite 1402
                                                  Newark, New Jersey 07102
                                                  Office: (973) 623-1822
                                                  Fax: (973) 623-2209
                                                  zramsfelder@zazzali-law.com