"Document Electronically Filed"
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, P.C.
570 BROAD STREET – SUITE 1402
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, P.C.<br><br>      Petitioners,<br> v.<br><br>ATLANTIC CONCRETE CUTTING, INC.<br><br>      Respondent. | HON. KAREN M. WILLIAMS, U.S.M.J.<br>CIVIL ACTION NO.: 25-1585<br><br><br>**DISCLOSURE STATEMENT** |

The undersigned counsel for Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds and Safety, Education and Training Funds, certifies that this party is an unincorporated association, and not a corporate entity, and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated:  March 7, 2025    By:  *s/Zachary Ramsfelder*
                 Zachary Ramsfelder
                 Attorney ID # 433672023
                 Zazzali, P.C.
                 570 Broad Street – Suite 1402
                 Newark, New Jersey 07102
                 Office: (973) 623-1822
                 Fax: (973) 623-2209
                 zramsfelder@zazzali-law.com